IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**DON KING PRODUCTIONS, INC.,**
**Plaintiff**

v.                                                                                    **CIVIL NO. 05-1556(DRD)**

**JUNGLE HOUSE, et al.,**
**Defendants**

### ORDER TO SHOW CAUSE

  The Court hereby **ORDERS** plaintiff, Don King Productions, Inc., to **SHOW CAUSE** in writing as to why the instant case should not be dismissed for its failure to serve process by within the 120 days provided by Rule 4(m). Fed.R.Civ.P..  The Court notes that plaintiff seeks an extension of time to serve process upon two named co-defendants who were initially included as co-defendants at the time the initial complaint was filed almost a year ago (Docket No. 1).  Further, the Court notes that plaintiff previously requested an extension of time to serve co-defendants (Docket No. 15) although leave to file an Amended Complaint was also requested (Docket No. 16).  The Court granted leave to file the Amended Complaint (Docket No. 46).

  The Court hereby **ORDERS** plaintiff to **SHOW CAUSE** in writing on or before the **21th day of April 2006 at NOON** as to why plaintiff's claims against Terraza Morgan, Manuel Pérez individually and the conjugal partnership constituted by Manuel Pérez and Jane Doe; and Terraza Vargas a/k/a Terraza Alvarez, Ángel Vargas, individually, and the conjugal partnership constituted by Ángel Vargas and Mary Doe; Antonio Álvarez individually and the conjugal partnership constituted by Antonio Álvarez and Jane Doe, should not be dismissed for failure to comply with Rule 4(m). Fed.R.Civ.P., 28 U.S.C.   Therefore, as provided by Fed. R. Civ. P. 4(m) the Court is hereby **giving notice** to Plaintiff that it intends to dismiss the case against the co-defendants named herein.  **REQUESTS FOR EXTENSIONS OF TIME SHALL BE SUMMARILY DENIED.**

  **IT IS SO ORDERED.**
  In San Juan, Puerto Rico this 9th day of August 2005.

               **S/DANIEL R. DOMINGUEZ**
               **DANIEL R. DOMINGUEZ**
               **U.S. DISTRICT JUDGE**